IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01825-AP

TROY A. GUTIERREZ,

    Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

        <u>For Plaintiff:</u>
        MICHAEL W. SECKAR
        402 W. 12th Street
        Pueblo, CO 81003
        (719) 543-8636
        seckarlaw@mindspring.com

        <u>For Defendant</u>:
        TROY A. EID
        United States Attorney

        KEVIN TRASKOS
        Assistant United States Attorney
        Deputy Chief, Civil Division
        United States Attorney's Office
        District of Colorado
        kevin.traskos@usdoj.gov

        THOMAS H. KRAUS
        Special Assistant United States Attorney
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-0017
        tom.kraus@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 8/29/07

   B. **Date Complaint Was Served on U.S. Attorney's Office:** 9/10/07

   C. **Date Answer and Administrative Record Were Filed**: 10/29/07

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:** December 28, 2007

   B. **Defendant's Response Brief Due:** January 28, 2008

   C. **Plaintiff's Reply Brief (If Any) Due:** February 11, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<em><u>Indicate below the parties' consent choice</u>.</em>

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 12th day of December, 2007.

                                                  BY THE COURT:

                                                  S/John L. Kane
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael W. Seckar<br>MICHAEL W. SECKAR<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>KEVIN TRASKOS<br>Assistant United States Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |