IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01825-RPM

TROY A. GUTIERREZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

ORDER AWARDING ATTORNEY'S FEES

---

Pursuant to the Stipulated Motion for Award of Attorney's Fees, filed April 24, 2009 [24], and the Equal Access to Justice Act, 28 U.S.C. §2412, it is

ORDERED that the motion is granted and the plaintiff Troy A. Gutierrez is awarded attorney's fees in the amount of $3,099.63.

DATED: April 30, 2009

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge